the other judgment dismissed a claim on behalf of the insurance company against the owner for indemnification.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

MAUD A. GREGORY, Appellant, v. THE SUPREME COURT OF THE INDEPENDENT ORDER OF FORESTERS, Respondent.— Order affirmed, with costs. All concur. (The order grants a motion to set aside the jury verdict in an action upon a life insurance certificate.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

OTHINE LABORATORIES, INCORPORATED, Appellant, v. WYLIE B. JONES ADVERTISING AGENCY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion to dismiss plaintiff's first cause of action, based upon an advertising contract.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

OTHINE LABORATORIES, INCORPORATED, Respondent, v. WYLIE B. JONES ADVERTISING AGENCY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to dismiss the complaint and for summary judgment in the action above named.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIE HOFFMAN MARGIAS, Appellant, v. CHARLES E. ROWE, Superintendent of Syracuse State School, Respondent.— Order affirmed, without costs on the authority of People ex rel. James v. Nevin (191 App. Div. 798). All concur. (The order dismisses a writ of habeas corpus.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

CHARLOTTE E. SIMMS and Another, Respondents, v. THE FOLTS MISSION INSTITUTE, Appellant.— Judgment affirmed, with costs. All concur. (The judgment awards possession of real property.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ. [154 Misc. 384.]

LOCKPORT EXCHANGE TRUST COMPANY, Respondent, v. GERALD L. HYDE and Others, Defendants, and G. A. HYDE, Appellant.— Judgment affirmed, with costs. All concur. (The judgment grants recovery on a promissory note.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SOUTH BUFFALO STORES, INC., Respondent, v. W. T. GRANT COMPANY and Others, Appellants. — Judgment modified by reducing the amount of damages awarded from fifty dollars to six cents, and as modified affirmed, with costs to the respondent against the appellants. Certain finding of fact and conclusion of law disapproved and reversed and new finding and conclusion made. All concur. (The judgment restrains the sale of footwear in contravention to the terms of a lease.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ. [153 Misc. 76.]

JOSEPH J. RYAN, Respondent, v. GENERAL MOTORS ACCEPTANCE CORPORATION, Appellant.— Judgment reversed on the law, with costs, and complaint dismissed, with costs. Memorandum: We base our decision upon the reasoning contained in Capital District L. A. W. Corp. v. Blake (136 Misc. 651) and in Ellner v. Commercial Credit Corp. (137 id. 251). The case of Braham & Co., Inc., v. Zittel (232 App. Div. 406) had to do solely with the claimed recovery of a deficiency judgment and the language in the opinion in that case must be taken with regard to the claim there made, namely, for a deficiency. We said: " When the car was retaken, defendants had paid less than fifty per cent of the purchase price. The purchasers had a right,